UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

James A. Murray and Shawneen
Murray,

      Plaintiffs,                                    Case No. 06-14246

v.                                                        Hon. Nancy G. Edmunds

Fifth Third Bank and Fifth Third
Mortgage-MI, LLC,

      Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' motion to dismiss is hereby GRANTED, and the case is hereby DISMISSED WITH PREJUDICE.

      SO ORDERED.

                                    s/Nancy G. Edmunds
                                    Nancy G. Edmunds
                                    United States District Judge

Dated: March 28, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 28, 2007, by electronic and/or ordinary mail.

                                    s/Carol A. Hemeyer
                                    Case Manager